UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Gerald K. Smith,

    Plaintiff,

    v.

D. Hogan, *et al.*,

    Defendants.

Case No. 2:24-cv-2620

Judge Michael H. Watson

Magistrate Judge Gentry

### ORDER

The Magistrate Judge issued a Report and Recommendation ("R&R") recommending the Court deny Plaintiff's motion for a temporary restraining order ("TRO") or preliminary injunction ("PI"). R&R, ECF No. 51. The R&R notified Plaintiff of his right to object to that recommendation and of the consequences of failing to do so. *Id.* at 7–8. The Court granted Plaintiff additional time to file objections, *see* ECF Nos. 54 & 57, but Plaintiff failed to object. Accordingly, the Court **ADOPTS** the R&R without performing a *de novo* review and **DENIES** Plaintiff's motion for a TRO or PI. The Clerk **SHALL** terminate ECF Nos. 46 & 51 as pending motions.

    IT IS SO ORDERED.

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT