UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Gerald K. Smith,

    Plaintiff,

    v.

D. Hogan, *et al.*,
Chief of Security (LoCI), in his individual capacity,

    Defendants.

Case No. 2:24-cv-2620

Judge Michael H. Watson

Magistrate Judge Gentry

## ORDER

Plaintiff began refusing to accept mail from this Court in September 2025. *E.g.*, ECF Nos. 45, 48, 49, 50, 63–66, 68. He continued to refuse the Court's mail even after the Magistrate Judge warned Plaintiff that continued refusal could lead to dismissal. ECF Nos. 72, 74, 77, 82–83, 85–88. So, the Magistrate Judge issued a Report and Recommendation ("R&R"), recommending the Court dismiss this case for failure to prosecute. R&R, ECF No. 89. The R&R notified Plaintiff of his right to object to that recommendation and of the consequences of failing to do so, but Plaintiff refused to accept the R&R, ECF No. 90, and failed to object. Accordingly, the Court **ADOPTS** the R&R without conducting a *de novo* review and **DISMISSES** this case **WITH PREJUDICE**, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute. The Court further **CERTIFIES** under 28 U.S.C. § 1915(a)(3) that any appeal would be frivolous and **DENIES** Plaintiff leave to appeal *in forma pauperis*.

**IT IS SO ORDERED.**

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT